[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**SEP 06 2019** h.c

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND FINANCIAL AFFIDAVIT

RAUL A. VASQUEZ
Plaintiff

v.

CITY OF CHICAGO
Defendant(s).

1:19-cv-06014
Judge John Z. Lee
Magistrate Judge Jeffrey Cummings

**Instructions:** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, **RAUL A. VASQUEZ**, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant ☐ (other_____) in the above-entitled case. This affidavit constitutes my application to proceed ☒ without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?  ☐ Yes  ☒ No
   (If "No" go to question 2.)

   ID #: _____  Name of prison or jail: _____
   Do you receive any payment from the institution?  ☐ Yes  ☐ No
   Monthly amount: _____

2. Are you currently employed?  ☒ Yes  ☐ No
   A. If the answer is "yes," state your:
      Monthly salary or wages: $4,200 - NET
      Name and address of employer: 3510 S. MICHIGAN AVE CHICAGO, IL 60653 CHICAGO POLICE DEPARTMENT
   B. If the answer is "no," state your:
      Beginning and ending dates of last employment: _____
      Last monthly salary or wages: _____
      Name and address of employer: _____

3. Are you married?  ☒ Yes  ☐ No
   If the answer is "yes", is your spouse currently employed?  ☒ Yes  ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Spouse's Monthly* salary or wages: $1000.00 – NET
Name and address of employer: ARAMARK – 4200 S. HALSTED STREET CHICAGO, IL 60609

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G, check all boxes that apply in each category, and fill in the twelve-month total in each category.

A. ☒ Salary or ☒ wages ☒ Yes ☐ No
Total received in the last 12 months: $63,559.48
Received by: RAUL A. VASQUEZ

B. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
Total received in the last 12 months: _____
Received by: _____

C. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
Total received in the last 12 months: _____
Received by: _____

D. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support ☐ Yes ☒ No
Total received in the last 12 months: _____
Received by: _____

E. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
Total received in the last 12 months: _____
Received by: _____

F. ☐ Unemployment, ☐ welfare, or ☐ any other public assistance ☐ Yes ☒ No
Total received in the last 12 months: _____
Received by: _____

G. ☐ Any other sources (describe source: _____) ☐ Yes ☒ No
Total received in the last 12 months: _____
Received by: _____

5. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☒ Yes ☐ No
Total amount: $1,000.00
In whose name held: RAUL VASQUEZ  Relationship to you: self

*BANKRUPTCY PAPER WORK IS ATTACHED. $560.00 MONTHLY PAYMENT FOR CHAPTER 13 TO BANKRUPTCY TRUSTEE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☒ Yes ☐ No
   Type of property and address: BUNGALOW 3832 W 64TH PL CHICAGO, IL 60629
   Current value: 280,000   Equity: $5,000.00   (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: RAUL A. VASQUEZ   Relationship to you: Self
   Amount of monthly mortgage or loan payments: $1,880.00
   Name of person making payments: RAUL A. VASQUEZ

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000? ☐ Yes ☐ No
   Year, make and model: 2010 HIGHLANDER
   Current value: $9,000.00   Equity: $500.00   (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: $240.00
   In whose name held: RAUL VASQUEZ   Relationship to you: Self
   Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
   Property: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☐ None.
    KAIDEN VASQUEZ: $800.00 FOR school/child support $200.00
    AUBREY VASQUEZ: $500.00 childcare

11. List the persons who do not live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 05 SEP 19

Signature of Applicant

RAUL A VASQUEZ
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

_____          _____
Date                             Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Raul Alberto Vasquez, Debtor | Bankruptcy Docket # 19-19653 |
| Attorney for Debtor(s): Geraci Law LLC & Jonathan Parker | Judge: Barnes, Timothy A. |

## AUTOMATIC STAY OF COLLECTION ACTION PURSUANT TO 11 U.S.C. 362

**Attention Creditors and Payroll Departments:**

Our client(s) filed a **Chapter 13** Bankruptcy on **7/12/2019** and the **Bankruptcy Docket # 19-19653**. You must cease all collection proceedings immediately. Please read below.

**Collection action is prohibited:** The above-captioned party has filed a Chapter 13 Petition for relief under the federal bankruptcy laws, 11 U.S.C. and that pursuant to said statute and the Bankruptcy Rules, the filing of the Petition automatically operates as a stay of commencement or continuation of any action against the Debtor on a debt.

**Garnishment by Creditors Must Stop on Receipt of this Stay No Further Order is required** Any creditor, or payroll person, who continues to garnish on a pre-filing debt, may be in violation of 11 U.S.C. 362. Payroll departments must cease garnishment deductions as of the date of filing of bankruptcy. No creditor may take any further collection action against the debtor unless specifically permitted by written order of the U.S. Bankruptcy Court. No creditor in a Chapter 13 may take collection action against any co-signer unless specifically permitted by written order of the U.S. Bankruptcy Court or as permitted by statute.

**Turnover of Collected Funds** No further garnishments, or attachments are permitted after the date of filing of the Petition. Funds deducted for creditors before date of filing are subject to turnover orders. Any funds deducted after date of filing by employer must be immediately returned to and payable directly to the debtor/employee.

**Employers:** You must IMMEDIATELY stop any deductions for creditors, debt collectors on lawsuits or garnishments or you may face Court sanctions. Do NOT stop voluntary deductions such as pension, 401K, dues, health insurance, withholding tax, domestic support obligations, union dues, insurance, or any other deduction that is not a debt collection.

**Credit Unions** Payroll must cease assisting collection of Credit Union Debts unless and until Debtor signs a reaffirmation agreement. No further order is necessary.

**Payroll Department if a Chapter 13** Payroll department should immediately be prepared to deduct the Debtor's Chapter 13 payment each pay period and promptly send that payment to the applicable Chapter 13 Trustee. When you receive a PAYROLL DEDUCTION ORDER from a Chapter 13 Trustee or a VOLUNTARY PAYROLL DEDUCTION from us signed by the Debtor, you must start deductions for Chapter 13 payments and send them to the Chapter 13 Trustee promptly.

**Repossessed Vehicles** Chapter 13 rules require prompt turnover of the vehicle to the Debtor.

**Questions? Contact our office or your own attorney if you are confused or uncertain.**

### IMPORTANT CASE INFORMATION

| | |
|---|---|
| Name of the Debtor(s): | Raul Alberto Vasquez - [ ***-**-8012 ]   - [ ***-**- ] |
| Bankruptcy Docket #: | 19-19653 |
| Chapter Filed: | Chapter 13 |
| Date Filed: | 7/12/2019 |
| Judge: | Barnes, Timothy A. |
| Trustee: | Marshall, Marilyn O. |
| 341 Date, Time, Location: | 8/7/2019 @ 1:00 pm |
| | 224 S. Michigan Ave. #800 Chicago IL 60604 |

**GERACI LAW L.L.C.**
55 East Monroe St., Suite #3400
Chicago, Illinois 60603-5710
(P): 1.888.844.0111  (F): 1.877.247.1960  (E): help@geracilaw.com

PFG Record # 819074